Case 7:17-cr-01154 Document 1 Filed in TXSD on 07/07/17 Page 1 of 2

United States District Court
Southern District of Texas
FILED

JUL -7 2017

David J. Bradley, Clerk

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

UNITED STATES OF AMERICA
V.
Juan PEREZ-Estrada, YOB: 1968 MXC
Salomon RIVERA, YOB: 1969 USC

**CRIMINAL COMPLAINT**

CASE NUMBER: M-17-1211-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __06/22/2017__ in __Hidalgo__ county, in the __Southern__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally possess with Intent to Distribute 36.2 kilograms or more of Cocaine, a Schedule II Controlled Substance.

Knowingly and Intentionally Conspire to possess with Intent to Distribute 36.2 kilograms or more of Cocaine, a Schedule II Controlled Substance

in violation of Title __21__ United States Code, Section(s) __846, 841 (a) (1)__

I further state that I am a(n) __DEA Special Agent__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof:   X Yes   No

approved by
AUSA

Signature of Complainant
Alfonso Perez, DEA Special Agent

Sworn to before me and subscribed in my presence,

July 7, 2017     8:56 a.m.     At     McAllen, Texas
Date                                          City and State

Peter Ormsby, U.S. Magistrate Judge
Name & Title of Judicial Officer          Signature of Judicial Officer

## Attachment

On June 19, 2017, DEA agents introduced an undercover agent to a drug trafficking organization was requesting the transport of cocaine via tractor trailer from the Rio Grande Valley, Texas area.

On June 22, 2017, the UC#1 received a telephone call from one of the DTO's associates stating they were ready to deliver the cocaine to the UC#1. The UC#1 was advised to travel to the Academy Sports parking lot in McAllen, Texas to meet with FNU LNU #1 to receive the cocaine. Once at the Academy Sports, Agents observed the UC#1 park next to the Chevrolet pick-up and FNU LNU #1 (later identified as Salomon RIVERA) exit the driver's side. Agents then observed RIVERA get into the bed of the Chevrolet pick-up truck and hand the UC#1 a black plastic storage bin. The UC#1 placed the bin into his/her vehicle and departed the location.

Agents met with the UC#1 and removed a black plastic container from the rear driver's side seat and observed thirty-five (35) cellophane wrapped bundles which later field tested positive for the presence of cocaine. The cocaine was weighed and determined to be approximately 36.2 kilograms.

On Friday, June 23, 2017, the UC#1 was contacted and directed to transport the cocaine to Miami, Florida.

On June 26, 2017, the UC#1 was provided with a telephone number and made contact with Juan PEREZ-Estrada who asked the UC#1 if he/she could take the cocaine to Tampa, Florida. The UC#1 advised that he/she left the cocaine with his/her cousin and was headed back to the Rio Grande Valley in Texas.

On June 29, 2017, PEREZ-Estrada advised the UC#1 that he wanted to pay partial transportation fees to deliver the cocaine. On that same date, the UC#1 met with PEREZ-Estrada at La Quinta Inn & Suites in Pharr, Texas. During the meeting, PEREZ-Estrada handed the UC#1 a large amount of US. Currency and stated that it was $12,000 USC. PEREZ-Estrada advised the UC#1 that he owed him/her an additional $39,000 USC once the cocaine was delivered in Tampa, Florida. The UC#1 advised PEREZ-Estrada that the cocaine will be delivered on Wednesday, July 5, 2017.

On Wednesday, July 5, 2017, PEREZ-Estrada informed the UC#1 that he was ready to deliver the rest of the transportation fees. Due to UC#1 being unavailable, UC#1 advised PEREZ-Estrada that a second subject would be meeting with him and picking up the currency. At this time, a secondary undercover agent (UC#2) contacted PEREZ-Estrada, via phone, and made arrangements to pick up the rest of the transportation fees at La Quinta Inn, in Pharr, Texas. On this same date, UC#2 met with PEREZ-Estrada and an unknown female. PEREZ-Estrada turned over to UC#2 a Walmart shopping bag. PEREZ-Estrada informed UC#2 that it was a total of $25,000 and that the rest was in his vehicle also parked in the parking lot. PEREZ-Estrada informed UC#2 that his family members were already over there and if the cocaine can already be released. UC#2 informed PEREZ-Estrada that arrangements were already being made in Florida. UC#2 then followed PEREZ-Estrada to a maroon Ford Edge displaying Mexico tags and pulled out a second stack of U.S. currency and handed it to UC#2. UC#2 placed the currency in the rear cargo area of the undercover vehicle. Shortly thereafter, the meeting was terminated.